

View Profile

Today 11:21 AM

Hello goodmorning,
I just received a cease and desist from you guys I see you have a brand named swag rag as well.

First off I would like to congratulate you on your business and want to reinforce to you that we were completely unaware of your business and had no means to try to steal anything from you. I am another Caribbean man building a business and I have been doing this for a few years as well so I know the time and effort you have dedicated to your business

I completely understand that business is business and this is seemingly necessary with the brand that you have built, but I am wondering if there's anything we can do in which I do not have to shut down my business because of your trademark. We do not sell the same thing but indefinitely understand how my business may effect yours. Please let me know if you are willing to talk. If not I understand and wish you a blessed life 🙌🏾🙏🏾



Double tap to ❤️

Message...    

**MALIK DUPRI** — malik.dupri

> do in which I do not have to shut down my business because of your trademark. We do not sell the same thing but indefinitely understand how my business may effect yours. Please let me know if you are willing to talk. If not I understand and wish you a blessed life 🙌🙏

Double tap to ❤️

Yesterday 8:41 PM

> I appreciate the prompt response, in regards to your receipt of the Cease & Desist notification.
>
> As of today, your website, Instagram and Facebook page for Swag Rag have not been taken down.
>
> The Cease & Desist notice has presented you with an opportunity to take a step to remedy your infringement on our trademark.
>
> As per the notice, The next step is presenting you with a lawsuit. Since you had the opportunity to stop your infringement but did not, it is assumed that you are okay with proceeding with the lawsuit. Is this correct?

Yesterday 10:54 PM

> Hello, yes my team is on it for the morning. I'll send you a message around noon

Message...