Baruch S. Gottesman, Esq.
GOTTESMAN LEGAL
11 Broadway, Suite 615
New York, NY   10004
o: (212) 401-6910
e: bg@gottesmanlegal.com
*Attorney for Plaintiff*

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| **MAURICE WILLIAMS**, | Case No. 1:23-cv-001014 |
| Plaintiff, | |
| ~ *versus* ~ | |
| **MALIK DUPRI MORRIS**; *and* **SWAG RAG LLC**, | |
| Defendants. | |

    1.    My name is Baruch S. Gottesman, Esq., counsel for the Plaintiff in the above captioned matter.  I affirm the following to be true under penalty of perjury.

    2.    On January 11, 2023 I sent the Letter Motion requesting a pre-Motion conference (DE 8, 01/11/2023) to each of the Defendants by U.S.P.S. Priority overnight mail to the Defendants as follows:

(i.)    Malik Dupri Morris
       710 7th Avenue
       New Hyde Park, NY 11040
       USPS Tracking No.: EI 389 779 565 US

(ii.)    Swag Rag LLC
       c/o LegalInc. Corporate Services
       1967 Wehrle Drive, Suite 1, #086
       Buffalo NY 14221
       USPS Tracking No.: EI 389 779 557 US

Copies of the proof of mailing is annexed to this Affidavit. All attachments are true and accurate copies of their originals.

                                              RESPECTFULLY SUBMITTED,

By:    /s/ Baruch S. Gottesman, Esq.
        Baruch S. Gottesman, Esq.
        GOTTESMAN LEGAL PLLC
        11 Broadway, Suite 615
        New York, NY   10004
        o: (212) 401-6910
        e: bg@gottesmanlegal.com
        *Attorney for Plaintiff*

EI 389 779 565 US

EI 389 779 557 US

**UNITED STATES POSTAL SERVICE**

SUNNYSLOPE
9635 N 7TH ST
PHOENIX, AZ 85020-9998
(800)275-8777

01/11/2023

| Product | Qty | Unit Price |
|---|---|---|
| PM Express 1-Day Flat Rate Env | 1 | $27.90 |

    New Hyde Park, NY 11040
    Flat Rate
    Signature Waiver
    Scheduled Delivery Date
        Thu 01/12/2023 06:00 PM
    Money Back Guarantee
    Tracking #:
        EI389779565US
    Insurance    $0.00
        Up to $100.00 included

Total    $27.90

PM Express 1-Day  1  $27.90
Flat Rate Env
    Buffalo, NY 14221
    Flat Rate
    Signature Waiver
    Scheduled Delivery Date
        Thu 01/12/2023 06:00 PM
    Money Back Guarantee
    Tracking #:
        EI389779557US
    Insurance    $0.00
        Up to $100.00 included

Total    $27.90

Grand Total:    $55.80

Credit Card Remit    $55.80
    Card Name: VISA
    Account #: XXXXXXXXXXXX8770
    Approval #: 043916
    Transaction #: 741
    AID: A000000980840    Contactless
    AL: US DEBIT