AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.    2:23-cv-00104-GRB-ST

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for **Swag Rag LLC** was recieved by me on **1/09/2023:**

☐ I personally served the summons on the individual at *(place)* on *(date)* ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* , a person of suitable age and discretion who resides there, on , and mailed a copy to the individual's last known address; or

☒ I served the summons on **Kerri Machemer (Office Assistant)** , who is designated by law to accept service of process on behalf of **Swag Rag LLC 01/13/2023**; or

☐ I returned the summons unexecuted because ; or

☐ Other *(specify)*

My fees are $ 0 for travel and $ 75.00 for services, for a total of $ 75.00.

I declare under penalty of perjury that this information is true.

Date:  01/13/2023

_____
Server's signature

**Evelyn Vazquez**
Printed name and title

**446 Davey St
Buffalo, NY 14206**

_____
Server's address

Additional information regarding attempted service, etc:

**I delivered the documents to Kerri Machemer (Office Assistant) who indicated they were the person authorized to accept with identity confirmed by subject stating their name. The individual accepted service with direct delivery. The individual appeared to be a brown-haired white female contact 35-45 years of age, 5'4"-5'6" tall and weighing 160-180 lbs with glasses.**





Tracking #: **0099328749**