AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.     **23-cv-00104-GRB-ST**

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for   **Malik Dupri Morris**
was recieved by me on  **1/15/2023:**

[X]  I personally served the summons on the individual at **630 Old Country Road (Roosevelt Field Mall), Garden City, NY 11530** on **01/20/2023**; or

[ ]  I left the summons at the individual's residence or usual place of abode with *(name)* , a person of suitable age and discretion who resides there, on , and mailed a copy to the individual's last known address; or

[ ]  I served the summons on *(name of individual)* , who is designated by law to accept service of process on behalf of *(name of organization)* ; or

[ ]   I returned the summons unexecuted because ; or

[ ]  Other *(specify)*

My fees are $ 0 for travel and **$ 75.00** for services, for a total of **$ 75.00**.

I declare under penalty of perjury that this information is true.

Date:   01/20/2023

_____
*Server's signature*

**Kristin Olmsted**
*Printed name and title*

**210 Shore Road
1B
Long Beach, NY 11561**
_____
*Server's address*

Additional information regarding attempted service, etc:

**I delivered the documents to Malik Dupri Morris with identity confirmed by subject saying yes when named. The individual accepted service with direct delivery. The individual appeared to be a black-haired black male contact 25-35 years of age, 5'10"-6'0" tall and weighing 140-160 lbs.**




Tracking #: **0099751924**

## GPS Coordinates

GPS location of service attempt: 40.737457, -73.613762



Close



